DANIEL J. HYUN (STATE BAR NO. 309184)
Daniel@torusllp.com
**TORUS LLP**
2 Park Plaza, Ste. 1260
Irvine, California 92614
Telephone: (949)590-4122
Facsimile: (949) 528-2596

*Attorneys for Plaintiff Nancy Asaad*

JEFFREY S. HORTON THOMAS (SBN 131635)
jhortonthomas@foxrothschild.com
DANIEL V. KITZES (SBN 305928)
dkitzes@foxrothschild.com
RODOLFO MEDA (SBN 346983)
Rmeda@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

*Attorneys for Defendant Bluetriton Brands, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ASAAD, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUETRITON BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:23-cv-2385-CAS-SHKx<br><br>HONORABLE CHRISTINA A. SNYDER<br><br>**ORDER**<br><br>Complaint Filed: August 21, 2023<br><br>Removal Date: November 11, 2023 |

The Court, having reviewed and considered the Parties' Joint Status Report and Stipulation of Dismissal, and all documents on file in the matter, and with good cause finding, **HEREBY ORDERS AND ENTERS JUDGMENT AS FOLLOWS**:

1. The Court hereby grants the Parties' Joint Stipulation of Dismissal, and the matter of *Asaad v. Bluetriton Brands, Inc.*, Central District of California Case No. 5:23-cv-2385-CAS-SHKx (Class) is hereby dismissed without prejudice.

Dated: November 7, 2025

*Christina A. Snyder*
Hon. Christina A. Snyder
Central District of California